**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOEL CRUM, individually and on behalf of all others similarly situated, Plaintiff, v. VERTEX, INC., Defendant.** | : | **Civ. No. 26-1594** |
| **TIMOTHY LYNCH, individually and on behalf of all others similarly situated, Plaintiff, v. VERTEX, INC., Defendant.** | : | **Civ. No. 26-1648** |
| **SALLY PENDERS, individually and on behalf of all others similarly situated, Plaintiff, v. VERTEX, INC., Defendant.** | : | **Civ. No. 26-1603** |

**O R D E R**

Plaintiffs Joel Crum, Timothy Lynch, and Sally Penders have moved to consolidate their data-breach class actions against Vertex, Inc. (No. 26-1594, Doc. No. 9.) They also seek the appointment of Interim Co-Lead Class Counsel. (Id.); F. R. Civ. P. 23(g)(3). Vertex does not oppose the Motion, which I will grant.

## I. CONSOLIDATION

Plaintiffs allege that their sensitive personal information was divulged when ransomware gang "Shinyhunters" breached Vertex's computer system on March 9, 2026. (Doc. Nos. 1, 9-1 at 3.) The Plaintiffs "assert multiple common causes of action against the same Defendant related to

the same factual underpinnings," "seek certification of similar or overlapping classes," and "seek the same relief in response to the same event." (Doc. No. 9-1 at 3.) Because the cases thus "involve a common question of law or fact," I will consolidate them. F. R. Civ. P. 42(a); see, e.g., In re Onix Grp., LLC Data Breach Litig., No. 23-2288, Doc. No. 14 (E.D. Pa. July 19, 2023) (consolidating six actions, and any future actions, arising out of a data breach and appointing interim co-lead counsel).

## II. INTERIM LEAD CLASS COUNSEL

I "may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." F. R. Civ. P. 23(g)(3). In appointing Interim Class Counsel, I consider the Rule 23(g) factors for appointing Class Counsel: "(i) the work counsel did to identify and investigate the claims; (ii) counsel's experience with class actions, other complex litigation, and the types of claims asserted; (iii) counsel's knowledge of the applicable law; and (iv) the resources counsel can commit to represent the class." Nelson v. Connexin Software Inc., Civ. No. 22-04676, 2023 WL 2721657, at *1 (E.D. Pa. Mar. 30, 2023) (citing Fed. R. Civ. P. 23(g)(1)(A)). I may also consider "any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." Id. (citing Fed. R. Civ. P. 23(g)(1)(B)).

I agree with Plaintiffs that Mariya Weekes of Milberg, PLLC, Kenneth J. Grunfeld of Kopelowitz Ostrow P.A., Andrew W. Ferich of Ahdoot & Wolfson, PC, and Charlie E. Schaffer of Levin Sedran & Berman LLP will "fairly and adequately represent the interests of the class" as Interim Co-Lead Class Counsel. (Doc. No. 9-1 at 5); Fed. R. Civ. P. 23(g)(4).

Proposed Interim Co-Lead Class Counsel have conducted investigations, including "reviewing consumer communications concerning the Data Breach," communicating with putative class members, investigating the Data Breach's scope, and researching potential claims and

defenses. (Doc. No. 9-1 at 6.) Proposed Counsel are experienced data privacy class action attorneys who have been appointed to leadership positions in dozens of data breach cases, recovered favorable settlements for class action plaintiffs, and lead multi-district and other complex cases in and outside of this District. (See id. at 6–19.) Proposed Counsel's firms can commit substantial resources to representing the class—indeed, they have already done so. (Id. at 20 (describing that Proposed Counsel have "[devoted] substantial resources and coordinat[ed] among themselves" to file the instant Motion)). In these circumstances, appointment of Ms. Weekes, Mr. Grunfeld, Mr. Ferich, and Mr. Schaffer as Interim Co-Lead Class Counsel is appropriate.

* * *

**AND NOW**, this 16th day of April, 2026, upon consideration of Plaintiff's Unopposed Motion to Consolidate Cases and Appoint Interim Co-Lead Class Counsel (Doc. No. 9), it is hereby **ORDERED** that the Motion is **GRANTED as follows:**

1. Crum v. Vertex, No. 26-1594; Lynch v. Vertex, No. 26-1648; and Penders v. Vertex, No. 26-1603 are **CONSOLIDATED** on the Crum v. Vertex, No. 26-1594 Docket**.**
2. Pursuant to Local Rule 40.1(IV)(a)(ii), all cases related to the Lead Case, Crum v. Vertex, No. 26-1594, filed before, on the same date of, or after the docketing of this Order, shall be consolidated with and placed on the docket of the Lead Case.
3. The Clerk of Court shall **CLOSE** Civil Action Nos. 26-1648 and 26-1603 and any case consolidated with Crum v. Vertex, No. 26-1594.

4. Mariya Weekes, Kenneth J. Grunfeld, Andrew W. Ferich, and Charlie E. Schaffer are **APPOINTED** Interim Co-Lead Class Counsel to act on behalf of the Plaintiffs and the putative class members in the Consolidated Action.
5. Plaintiffs shall file a Consolidated Complaint **no later than** **May 18, 2026.**

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.